

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00258-CV

In the Interest of A.P., H.L., B.L., and G.Y., children

On Appeal from the
County Court at Law of Aransas County, Texas
Trial Court Cause No. A-19-7130-FL

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed as modified. The Court orders the judgment of the trial court AFFIRMED AS MODIFIED. Costs of the appeal are adjudged against appellant although he is exempt from payment due to his affidavit of inability to pay costs.

We further order this decision certified below for observance.

November 19, 2020